UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| David M. Trapani, | CIV. NO. 2:15-01753 WBS EFB |
|---|---|
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| Bank of America, N.A., | |
| Defendant. | |

----oo0oo----

For the reasons stated in Santos v. Countrywide Home Loans, CIV. NO. 2:09-2642 WBS DAD, 2009 WL 5206682 (Dec. 22, 2009), the undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated: August 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1