Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff David M. Trapani

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TRAPANI,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.;<br><br>    Defendant. | Case No. 15-CV-01753 KJM-EFB<br><br>NOTICE OF SETTLEMENT<br><br>Judge: Hon. Kimberly J. Mueller |

    Please take notice that the parties to this action have reached a settlement. The parties will file a stipulation for dismissal within 30 days.

Date: February 25, 2016

/s/ *Mark F. Anderson*
Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104, Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff David Trapani

Dated: February 25, 2016

*/s/ Brian S. Whittemore*
Brian S. Whittemore (SBN 241631)
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: 415.398.3344
Fax: 415.956.0439

Attorneys for Bank of America, N.A.

**NOTICE OF SETTLEMENT --- TRAPANI V BANK OF AMERICA, NO. 15-01753 KJM-EFB**