UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TRAPANI, | No. 2:15-cv-01753-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

On February 25, 2016, the parties filed a notice this case had settled. ECF No. 16. The court vacated all dates and deadlines and ordered the parties to file dispositional documents no later than March 28, 2016. ECF No. 17. No dispositional documents have been filed. Plaintiff David Trapani is therefore ordered to show cause within seven (7) days why this action should not be dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

1