1   MARK JOSEPH KENNEY (State Bar No. 87345)
    mjk@severson.com
2   BRIAN S. WHITTEMORE (State Bar No. 241631)
    bsw@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   One Embarcadero Center, Suite 2600
    San Francisco, California 94111
5   Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
6
    Attorneys for Defendant
7   BANK OF AMERICA, N.A.

8

9                        UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

11

12   DAVID M. TRAPANI,                    Case No. 2:15-CV-01753-KJM-EFB

13              Plaintiff,                **STIPULATED REQUEST FOR
                                          DISMISSAL OF DEFENDANT;**
14        vs.                             **[PROPOSED] ORDER**

15   BANK OF AMERICA, N.A., et al.,       Action Filed:    August 18, 2015
                                          Trial Date:      None Set
16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    **TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

2    IT IS HEREBY STIPULATED by and between plaintiff DAVID M. TRAPANI

3    ("Plaintiff") and defendant BANK OF AMERICA, N.A., ("Defendant") that: (1) the parties have

4    reached a settlement in principle and are presently documenting their settlement; and (2) the

5    parties therefore jointly request that this matter be dismissed, with each party to bear its own

6    attorneys' fees and costs.

7    DATED:  March 30, 2016                    ANDERSON, OGILVIE & BREWER LLP

8                                              By:  _____*/s/ Mark F. Anderson*_____
9                                                        Mark F. Anderson

10                                             Attorneys for Plaintiff DAVID M. TRAPANI

11
12   DATED:  March 30, 2016                    SEVERSON & WERSON
                                               A Professional Corporation

13                                             By:  _____*/s/*  Brian S. Whittemore_____
14                                                      Brian S. Whittemore

15                                             Attorneys for Defendant
                                               BANK OF AMERICA, N.A.
16

17   I, Brian S. Whittemore, am the ECF user whose identification and password are being used

18   to file this Stipulation.

19
                                               _____*/s/*  Brian S. Whittemore_____
20                                                       Brian S. Whittemore

21

22

23

24

25

26

27

28

1                               **[PROPOSED] ORDER**

2          Pursuant to the stipulation of the Parties, this case is hereby dismissed. Accordingly, the

3   court's Order to Show Cause, ECF No. 18, is DISCHARGED

4          **IT IS SO ORDERED**.

5   DATED:  March 31, 2016.

6

7                                      _____

8                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28